DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*



FILED
MAY 23 2007
USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF AMERICA,

              *Plaintiff*,

- against -

AMERICAN AIRLINES, INC.

              *Defendant*.
-------------------------------------x

07 CIV. 4051

07 Civ.   JUDGE BUCHWALD

**STATEMENT PURSUANT**
**TO F.R.C.P. 7.1**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    SOMPO INSURANCE INC.

Dated: Rye, New York
       May 22, 2007

                              MALOOF BROWNE & EAGAN LLC

                              By: _____
                                 David T. Maloof (DM 3350)
                                 Thomas M. Eagan (TE 1713)
                              411 Theodore Fremd Ave., Suite 190
                              Rye, New York 10580-1411
                              (914) 921-1200
                              *Attorneys for Plaintiff*