# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SOMPO JAPAN INSURANCE COMPANY OF AMERICA,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

AMERICAN AIRLINES, INC.

**07 CIV. 4051**

**JUDGE BUCHWALD**

TO: (Name and address of defendant)

American Airlines, Inc.
c/o C T Corporation System
111 Eight Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, NY 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

MAY 2 3 2007
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOMPO JAPAN INSURANCE OF AMERICA,

                    Plaintiff,

Vs

AMERICAN AIRLINES, INC.,

                    Defendant.

**Case No.**
**07CV4051**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio De Lara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On May 29, 2007 at 9:43 a.m. at 111 8th Avenue, New York, NY 10011, I served the within SUMMONS and COMPLAINT on AMERICAN AIRLINES, INC., defendant therein named, by delivering a true copy of same to CT. CORPORATION SYSTEMS c/o ELENA BOU, registered agent.

The person served is a white female, blonde hair, 35-45 years old, 5'7"-5'9", 130-140 pounds.

                                                  Julio De Lara
                                                  License No. 991178

Sworn to before me this
29th day of May 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

**Legal**Ease Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796