Francis A. Montbach (FAM9631)
Mound Cotton Wollan & Greengrass
Attorney for Defendant
American Airlines, Inc.
One Battery Park Plaza
New York, NY 10004
Tel: (212) 804-4200
Fax (212) 344-8066
e-mail: fmontbach@moundcotton.com

---------------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF AMERICA,

                Plaintiff,

- against -

AMERICAN AIRLINES, INC.,

                Defendant.

---------------------------------------------------------------x

07 Civ. 4051 (NRB)

**RULE 7.1 (a)**
**STATEMENT**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant, American Airlines, Inc., certify that the following are corporate parents, subsidiaries or affiliates of that party:

AMR Corporation
AA Credit Corporation
AA Ventures I, Inc.
Admirals Club, Inc. (MA - no stock issued)
Air California, Inc.
Air Cal, Inc.
Air Data Center, Inc.
American Airlines Australian Tours, Inc.

American Airlines de Italy, Inc.
American Airlines de Mexico, S.A. (Mexico)
American Airlines de Venezuela, S.A. (Venezuela)
American Airlines Fuel Corporation
American Airlines Overseas Corporation, N.V.
(Netherlands Antilles)
American Inter-Island, Inc.
AMR Ventures I, Inc.
AMR Ventures II, Inc.
AMR Ventures III, Inc.
AMR Ventures IV, Inc. (Nevada)
AMR Ventures Holding Company, Inc.
Flagship Hotels, Inc.
The Magnis Corporation

Dated: New York, New York
      June 20, 2007.

                                    MOUND COTTON WOLLAN &
                                    GREENGRASS

                                    Attorneys for Defendants
                                    American Airlines, Inc.

                                By _____
                                    Francis A. Montbach (FAM9631)
                                    One Battery Park Plaza
                                    New York, NY   10004-1486
                                    (212) 804-4200