DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF & BROWNE LLP
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SOMPO JAPAN INSURANCE COMPANY OF
AMERICA,
           Plaintiff,

    - against -

AMERICAN AIRLINES, INC.
           Defendant.
----------------------------------------x

07 Civ. 4051 (NRB)

### STIPULATION OF DISCONTINUANCE AS AGAINST DEFENDANT AMERICAN AIRLINES, INC.

The parties, Sompo Japan Insurance Company of America ("Sompo") and American Airlines, Inc. ("American Airlines"), through respective undersigned counsel, hereby stipulate and agree that Plaintiff Sompo discontinues this action against American Airlines, with prejudice and with each of the parties to bear their own costs.

Dated: New York, New York
       July 13, 2007

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof, Esq.
411 Theodore Fremd Ave., Ste 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
*Attorneys for Plaintiff Sompo Japan Insurance Company of America*

MOUND COTTON WOLLAN & GREENGRASS

By: _____
Francis A. Montbach (FM 4631)
One Battery Park Plaza
New York, New York 10004
Tel: (212) 804-4229
Fax: (212) 344-8066
Email: Fmontbach@moundcotton.com
*Attorneys for Defendant American Airlines, Inc.*

C:\DOCUME~1\FMONTB~1\LOCALS~1\Temp\071207 Stipulation of Discontinuance.doc

SO ORDERED:

_____
U.S.D.J.
7/17/07